# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK ALLEN DAVIS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>GAIL LEWIS, Warden,<br><br>　　　　　Respondent. | ) 1:02-cv-05715-AWI-TAG HC<br>)<br>) ORDER ADOPTING REPORT AND<br>) RECOMMENDATION<br>) (Doc. 23)<br>)<br>) ORDER DISMISSING PETITION FOR WRIT<br>) OF HABEAS CORPUS<br>) (Doc. 1)<br>)<br>ORDER DIRECTING CLERK OF COURT TO<br>ENTER JUDGMENT |

　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　On March 21, 2006, the Magistrate Judge assigned to the case filed a Report and Recommendation recommending that the petition for writ of habeas corpus be DENIED on the merits. (Doc. 23). The Report and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. On April 17, 2006, Petitioner timely filed objections to the Magistrate Judge's Report and Recommendation. (Doc. 24).

　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Report and Recommendation is supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation issued March 21, 2006 (Doc. 23), is ADOPTED IN FULL;

2. The petition for writ of habeas corpus (Doc. 1) is DENIED; and

3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **May 29, 2006**                              **/s/ Anthony W. Ishii**
0m8i78                                                   UNITED STATES DISTRICT JUDGE